LILLIAN E. STAFFORD, Appellant, *v.* BROTHERHOOD OF
RAILROAD TRAINMEN, Defendant, and RENA M. C.
BRAISTED, as General Guardian of ALBERT W. COOKE,
an Infant, Respondent.

*Stafford* v. *Brotherhood of Railroad Trainmen*, 170 App. Div. 937,
affirmed.

(Submitted October 17, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered July 29, 1915, *unanimously* affirming a judgment
in favor of defendant, respondent, entered upon a decision
of the court on trial at Special Term. George H. Cooke,
deceased, was a member of the defendant Brotherhood
of Railroad Trainmen in good standing during his life.
Under his certificate of membership a death benefit was
payable at his death to his designated beneficiary. The
sole question involved was whether Albert W. Cooke,
the infant son of George H. Cooke, the assured, or Lillian
E. Stafford, a sister, was the legal beneficiary. The
defendant, respondent, as guardian of said Albert W.
Cooke, claimed title to the fund by reason of the fact
that Albert W. Cooke was designated as beneficiary in
the aforesaid certificate of membership and was, therefore,
entitled to the fund, in accordance with the by-laws of
the defendant brotherhood. The plaintiff, appellant,
claimed title to the fund by reason of the fact that on
April 9, 1912, the said George H. Cooke executed an
affidavit addressed to the defendant brotherhood request-
ing that the beneficiary be changed from Albert W.
Cook to Lillian E. Stafford. Respondent contended
that the change was not effective because not made in
compliance with the by-laws which required that a
transfer be made by filling out a blank form on the back
of the certificate of membership. Plaintiff argued that
the insured was not able to use the blank for the reason
that the certificate was in the possession of the brother-
hood and that to require him to do what under the
circumstances was impossible was unreasonable.

*M. W. Van Auken* for appellant.

*Harold Milbank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ.   Absent: ANDREWS, J.